# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

GULF COAST FACTORY SHOPS
LIMITED PARTNERSHIP,

    Plaintiff,

v.                                                     Case No: 8:22-cv-14-SCB-TGW

HAGGAR DIRECT, INC. and
HAGGAR CLOTHING CO.,

    Defendants.

_____

## NOTICE REGARDING CASE MANAGEMENT DEADLINES

The Court advises the parties that most cases will be tried within 18 months of the filing date. In order to further the prompt resolution of this case, Judge Bucklew encourages the completion of discovery within 8 months after the filing of the Case Management Report. Parties seeking more than 8 months for discovery shall make such request, along with a showing of good cause, in an addendum to the Case Management Report.  A Pretrial Conference will be set at least 90 days after the dispositive motions deadline. A trial will be scheduled for the month following the pretrial conference.

                                                             SUSAN C. BUCKLEW
                                                      United States District Judge

January 5, 2022

                                                             By: *Charmaine A. Black*
                                                                  Courtroom Deputy