IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GULF COAST FACTORY SHOPS LIMITED PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) ) CASE NO: 8:22-cv-00014-SCB-TGW |
| v. | ) ) ) |
| HAGGAR DIRECT, INC., and HAGGAR CLOTHING CO., | ) ) ) |
| Defendants. | ) ) |

## JOINT MOTION TO REMAND

Plaintiff Gulf Coast Factory Shops Limited Partnership ("Plaintiff") and Defendants Haggar Direct, Inc. and Haggar Clothing Co. ("Defendants") (jointly, "the Parties"), by and through the undersigned counsel, respectfully move this Court to remand this action to state court. As grounds for this motion, the Parties state as follows:

1. Plaintiff filed the Complaint in this action on November 29, 2021, in the Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida, Civil Division (Case No. 2021CA004831AX).

2. On January 3, 2022, Defendants filed a Notice of Removal, initiating this action. Dkt. 1. In their Notice of Removal, Defendants alleged that complete

diversity exists because Plaintiff is a citizen of Delaware and Indiana, and Defendants are citizens of Nevada and Texas. Dkt. 1.

3. Since that filing, Plaintiff has provided information to Defendants demonstrating that, in fact, Plaintiff is also a citizen of Nevada, destroying complete diversity between the Parties.

4. Therefore, diversity jurisdiction does not exist under 28 U.S.C. § 1332, and there are no other grounds for federal jurisdiction.

WHEREFORE, the Parties respectfully request that this Court remand this action to state court and to award the Parties all further just and appropriate relief. For the Court's convenience, a proposed Order granting this Motion is attached.

Respectfully submitted this 3rd day of February, 2022,

| | |
|---|---|
| */s/ Robert C. Folland* | */s/ James A. Washburn* (with permission) |
| Robert C. Folland (1007951) | James A. Washburn (036609) |
| BARNES & THORNBURG LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 4540 PGA Boulevard, Suite 208 | 600 Peachtree St. NE #3000 |
| Palm Beach Gardens, FL 33418 | Atlanta, GA 30308 |
| Telephone: (561) 473-7560 | 404-885-3346 |
| Facsimile: (561) 473-7561 | Email: james.washburn@troutman.com |
| Rob.Folland@btlaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of February, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                         */s/ Robert C. Folland*
                                                         Robert C. Folland